**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0464-H |
| Plaintiff, | |
| v. | ORDER FINDING DEFENDANT COMPETENT TO PROCEED |
| ELIZABETH DIAZ (1), | |
| Defendant. | |

The parties having filed a joint non-opposition to the Magistrate Judge's Findings and Recommendation ("Findings") (Doc. No. 48) and based on this Court's review of the Magistrate Judge's Findings and the competency evaluation report prepared by Dr. Ryan Nybo, Psy.D., **IT IS HEREBY ORDERED** that the Findings of the Magistrate Judge on the issue of the Defendant's mental competency (Doc. No. 46) are adopted and this Court finds the Defendant competent to proceed in this case.

IT IS SO ORDERED.

DATED: April 28, 2017

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE